**Order entered April 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01313-CV

**STEPHEN L. GOODMAN, GOODMAN LAND ADVISORS, LTD., BRONSON HOLDINGS, LLC, STEVE AND DEE INVESTMENTS, LTD., AND DERRICK GOODMAN, Appellants**

**V.**

**S. LEWIS HILL, DEE WOOD, AND DARRYL WOOD, Appellees**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-05102-2010**

## ORDER

We **ORDER** the Collin County District Clerk to file a supplemental clerk's record by April 30, 2014 containing the January 2, 2014 Agreed Order of Dismissal.

/s/     KERRY P. FITZGERALD
        PRESIDING JUSTICE